**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Date:   February 6, 2014

Courtroom Deputy:  Deborah Hansen
Court Reporter:    Tracy Weir
Probation Officer: Michelle Means

**Criminal Action No.  13-cr-00181-REB**

*Parties:*

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  BRADLEY SCOTT WILLIAMS,

    Defendant.

*Counsel:*

Guy Till
Jamie Pena

James Castle

**SENTENCING MINUTES**

**11:14 a.m.   Court in session.**

Appearances of counsel.

Defendant is present on bond.

Court's opening remarks.

Pursuant to 18 U.S.C. § 3552 and Fed. R. Crim. P. 32, the Probation Department has conducted a presentence investigation and has filed a presentence report.

Counsel for the government confirms that counsel has read the presentence report.

Counsel for the defendant informs the court that counsel has read and discussed the presentence report with the defendant.

Also pending before the court relevant to sentencing are the following papers: the Government's Rule 48 Motion To Dismiss Count One Of The Indictment (Doc. 1) As To Defendant Bradley Scott Williams, Only [#220] filed January 23, 2014; and the Government's § 5K1.1 And 18 U.S.C. § 3553(e) Motion For Downward Departure Based On Substantial Assistance As To Defendant Bradley Scott Williams [#226] filed January 27, 2014.

Defendant's counsel makes a statement on behalf of the defendant, offers information in mitigation of punishment, comments on the probation officer's sentencing guideline applications and calculations, and comments on matters relating to the appropriate sentence.

Statement by Defendant's mother Cynthia Harless

Defendant is sworn.

Statement by the defendant.

Statement by Mr. Pena.

The court makes a sentencing statement pursuant to 18 U.S.C. § 3553(c) and enters findings of fact, conclusions of law, judgment of conviction, sentence, and orders.

   **IT IS ORDERED** as follows:

   1.   That the plea agreement of the parties as presented in Court's Exhibits 1 and 2 is formally approved;

   2.   That the Government's Rule 48 Motion To Dismiss Count One Of The Indictment (Doc. 1) As To Defendant Bradley Scott Williams, Only [#220] is GRANTED;

   3.   That the Government's § 5K1.1 And 18 U.S.C. § 3553(e) Motion For Downward Departure Based On Substantial Assistance As To Defendant Bradley Scott Williams [#226] is GRANTED;

   4.   That judgment of conviction under Fed. R. Crim. P. 32(k) is entered on Count Three of the Indictment;

   5.   That pursuant to the Sentencing Reform Act of 1984, it is the judgment and sentence of this court that the defendant is sentenced to supervised probation for a term of **five (5) years**;

6.     That while on supervised probation, the defendant shall comply with the following conditions of probation:

- all mandatory conditions prescribed by law at 18 U.S.C. § 3563(a) and Guideline Section 5B1.3(a);

- all standard conditions approved and imposed by this court in all such cases; and

- the following explicit or special conditions of probation;

   - that the defendant shall not violate any federal, state, or municipal statute, regulation, or ordinance in any jurisdiction or place where defendant may be during the term of probation;

   - that the defendant shall not possess or use illegally controlled substances;

   - that the defendant shall not possess or use any firearm or destructive device as defined under federal law at 18 U.S.C. § 921;

   - that the defendant shall cooperate in the collection of a sample of defendant's DNA;

   - that the defendant shall submit to one drug test within 15 days of the formal entry of judgment in this case and, thereafter, to at least two additional periodic tests for controlled substances as directed by the probation department; and at his own expense, he shall undergo a substance abuse evaluation; and thereafter, again, at his own expense, receive any treatment, therapy, counseling, testing, or education prescribed or recommended by the evaluation or as required reasonably by his probation officer, or as ordered by the court;

   - that the defendant shall abstain from the use of alcohol and all other intoxicants during the course of any such evaluation, treatment, therapy, counseling, testing, or education, and that to ensure continuity of any treatment, the probation department is authorized to release all records of the defendant, including the presentence report, to any person or entity involved in or responsible for his evaluation,

     treatment, therapy, counseling, testing, and education;

- that even though the defendant has been subject to in-home detention secured by electronic monitoring for a substantial period of time, he shall serve six additional months in-home detention, again secured by electronic monitoring, with all the current conditions and requirements under which he is presently supervised;

- that immediately after this hearing the defendant and his counsel shall confer with Probation Officer Means to schedule an appointment for the defendant to read and review carefully and sign the required conditions of probation;

7. That the defendant shall pay a fine in the amount of $2,000.00, which is due and payable immediately. However, if not paid immediately, then in monthly installments of not less than 10% of his monthly gross income as determined periodically by his probation officer. This will commence with the month of March 2014;

8. That the defendant shall pay forthwith a special victim's fund assessment fee of $100.00.

The defendant has voluntarily, knowingly, intelligently, and intentionally waived his right to appeal the sentence imposed.

**11:51 a.m.   Court in Recess**

Total time in court: 37 minutes

Hearing concluded.